[No. 4757–1–III. Division Three. October 19, 1982.]

WILLIAM G. KUYKENDALL, *Appellant*, v. LINCOLN
ELECTRIC COOPERATIVE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 14572, Willard A. Zellmer, J., entered August 4, 1981. *Reversed* and *remanded* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 5297–1–II. Division Two. October 21, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD
ARNOLD LANPHEAR, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. CR 79–5751, Dale M. Nordquist, J., entered January 15, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

[No. 4555–2–III. Division Three. October 21, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
CULLEN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 81–1–00084–4, John J. Lally, J., entered April 17, 1981. *Reversed* and *dismissed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 5313–6–II. Division Two. October 25, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
E. POOLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 56230, Robert A. Jacques, J., entered July 24, 1980. *Reversed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Petrich, JJ.